**Order entered November 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01290-CV

### IN THE INTEREST OF I.N., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-52794-2015**

## ORDER

We **GRANT** appellant's November 18, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **MONDAY, DECEMBER 28, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE